UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DONALD WHITE, I | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 2:11-CV-374-NT |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, et al, | ) |
| | ) |
|     Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 8, 2011 her Recommended Decision After Screening of Prisoner Civil Rights Complaint.  The Plaintiff filed his objections to the Recommended Decision on December 28, 2011.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Plaintiff's Complaint (Docket # 1) be and is hereby **DISMISSED** for failure to state a claim against any of the named Defendants.

SO ORDERED.

/s/ Nancy Torresen
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2012